IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEVERLY J. WILSON,

    Plaintiff,                       No. 2:08-cv-2572 FCD JFM PS

    vs.

FIRST FRANKLIN FINANCIAL CORP.,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint states a cognizable claim for relief. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted;

1

1    2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
2 an instruction sheet and a copy of the complaint filed October 29, 2008.
3    3. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the completed Notice to the court with
5 the following documents:
6        a. One completed summons;
7        b. One completed USM-285 form for each defendant named in the
8        complaint; and
9        c. Two copies of the endorsed complaint filed October 29, 2008.
10   4. Plaintiff need not attempt service on defendant and need not request waiver of
11 service. Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without prepayment of costs.
14   5. Failure to comply with this order may result in a recommendation that this
15 action be dismissed.
16 DATED: November 20, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; wilson.ifp

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEVERLY J. WILSON,

     Plaintiff,                         No. 2:08-cv-2572 FCD JFM PS

    vs.

FIRST FRANKLIN FINANCIAL CORP.,      NOTICE OF SUBMISSION

     Defendant.                       OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____      completed summons form

        _____      completed USM-285 form

        _____      copies of the complaint

DATED:

                                              _____
                                              Plaintiff