IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEVERLY J. WILSON,

    Plaintiff,                         No. 2:08-cv-2572 FCD JFM PS

    vs.

FIRST FRANKLIN FINANCIAL CORP.,

    Defendant.                       <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se. This matter is presently scheduled for oral argument on defendants' motion to dismiss and for initial scheduling conference on April 30, 2009. The court has reviewed plaintiff's April 21, 2009 letter to the court.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. In light of the pending motion to dismiss, the initial scheduling conference is vacated, to be reset, as appropriate, following resolution of the pending motion to dismiss.

        2. Hearing on the motion to dismiss is also vacated. Pursuant to Local Rule 78-230(h), briefing on the motion to dismiss has been completed and the motion will be submitted upon the record.

DATED: April 28, 2009.

                                                          _/s/ John F. Moulds_
                                                          UNITED STATES MAGISTRATE JUDGE

001; wilson.con