UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BEVERLY J. WILSON,                           NO. CIV. S-08-2572 FCD JFM

     Plaintiff,

    v.                                       <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

FIRST FRANKLIN FINANCIAL CORPORATION, et al.,

     Defendants.

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss (Docket #54), and Motion to Strike (Docket #56), is continued to October 8, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than September 24, 2010.  Defendants may file and serve their reply on or before October 1, 2010.

    2.   Plaintiff's counsel is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 230(c).

    3.   Plaintiff's counsel shall file her response to the order to show cause on or before September 24, 2010.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motions.

    IT IS SO ORDERED.

DATED: August 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2