IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEVERLY J. WILSON,

      Plaintiff,                                    No. 2:08-cv-2572 FCD JFM PS

      vs.

FIRST FRANKLIN FINANCIAL CORP.,

      Defendant.                                <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 3, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed November 3, 2010 are adopted in full; and

1

2. Plaintiff's second amended complaint is dismissed without prejudice pursuant to the provisions of 28 U.S.C. § 1367(c);

2. Defendants' motion to dismiss is denied; and

3. Defendants' motion to strike is denied.

DATED: November 29, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE